# Court of Appeals
# of the State of Georgia

ATLANTA,__March 13, 2013____

*The Court of Appeals hereby passes the following order:*

**A13A1048.  BOFI FEDERAL BANK v. ADVANCE FUNDING, LLC.**

BofI Federal Bank ("BofI") has filed a direct appeal from the trial court's November 15, 2012, order denying its "Motion to Vacate and Set Aside Order Approving Assignment of Lottery Prize Payments to Advance Funding, LLC." BofI's motion to set aside was based on OCGA § 9-11-60 (d).

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (462 SE2d 771) (1995). BofI's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__03/13/2013____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*